THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Darren White,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-386
Submitted March 26, 2003  Filed June 
 5, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Edgar Lewis Clements, III, of Florence; for Respondent.
 
 
 

PER CURIAM:   Darren White was indicted 
 on one count of possession with intent to distribute cocaine and one count of 
 possession with intent to distribute cocaine within the proximity of a school.  
 Following a jury trial, White was convicted on both charges and sentenced to 
 twenty five years in prison. Counsel for White attached a petition to be relieved 
 to the final brief stating she had reviewed the record and found the appeal 
 to be without merit.  White filed a separate pro se brief.   After 
 a review of the record and counsels and Whites briefs pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Whites appeal and 
 grant counsels motion to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rule 215, SCACR.